CLAYTON BROKERAGE CO. OF ST. LOUIS, INC., Appellee,

v.

TELESWITCHER CORPORATION, U. C. Leasing, Incorporated, Astrodata, Incorporated, Appellants.

No. 76–1662.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 12, 1977.

Decided Oct. 20, 1977.

Robert S. Allen, St. Louis, Mo., for appellants.

Edwin D. Akers, Jr., St. Louis, Mo., for appellee.

Before GIBSON, Chief Judge, and LAY, HEANEY, BRIGHT, ROSS, STEPHENSON, WEBSTER and HENLEY, Circuit Judges, *en banc.*

## ORDER

The previous opinion of the panel is vacated and the judgment of the District Court, 418 F.Supp. 83 is affirmed by an equally divided Court.

Order entered at the direction of the Court en banc.